BEFORE THE SECOND DIVISION, JANUARY 18, 1966

**No. 69739**—Davies, Turner & Co. *v.* United States, protests 64/1875, etc. (Philadelphia).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of coats valued at $4 or more each, in chief value of cotton, having a staple of less than 1⅛ inches in length, the claim of the plaintiff was sustained.